

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MISCELLANEOUS NO. |
| ) | |
| ADAM K. PULASKI, ) | |
| ) | **MC-02-242** |
| Respondent. ) | |

ORDER TO SHOW CAUSE

On the petition of the United States, under 26 U.S.C. §§ 7402(b) and 7604(a) for an order requiring the respondent, Adam K. Pulaski, to show cause why the respondent should not be compelled to obey an Internal Revenue Service summons served upon the respondent on November 1, 2001, it is

ORDERED that a copy of this Order, together with the petition and exhibits, be served on the respondent by a United States Marshal or a representative of the Internal Revenue Service.

IT IS FURTHER ORDERED that within 20 days of that service, the respondent shall file with the court and serve on the Internal Revenue Service a written response containing specific facts rebutting the petitioner's <u>prima facie</u> case for the



enforcement of the summons or demonstrating that enforcement of the summons would be an abuse of the court's process.

IT IS FURTHER ORDERED that the respondent and an authorized representative, if any, appear before the United States District Court for the Southern District of Texas, Courtroom No. _9-F_, _9th_ Floor, 515 Rusk Avenue, Houston, Texas, on _August 23_, 2002 at _2.00_ .m., to show cause why the respondent should not be ordered to comply with the Internal Revenue Service summons.

IT IS FURTHER ORDERED that at the hearing on this Order to Show Cause, the respondent shall personally appear before this Court, together with the documents described in the summons.

IT IS FURTHER ORDERED that at the hearing on this Order to Show Cause, only issues raised by motion or brought into controversy by responsive pleadings, and supported by affidavit, will be considered, and all uncontested allegations in the Petition to Enforce Summons will be taken as admitted.

IT IS FURTHER ORDERED that all motions and issues raised in the pleadings will be considered on the date set for the hearing of this Order to Show Cause, unless the Court orders a different hearing date for such motions or issues.

DATED: _July 30, 2002_        _Nancy F. Atlas_
                              UNITED STATES DISTRICT JUDGE