# HEARING MINUTES AND ORDER

United States Courts
Southern District of Texas
ENTERED

AUG 2 7 2002

Michael N. Milby, Clerk of Court

**Cause Number**: 02MC242

**Style**: United States of America v. Adam K. Pulaski

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Kathryn Bellis | Plaintiff |
| no appearance | Defendant |

**Date**: August 23, 2002        **Ct. Reporter**: A. Manley
**Time**: 2:30 p.m. - 2:35 p.m.    **Interpreter**: _____

**At the hearing the Court made the following rulings**:

Show cause hearing held.

Motion to Dismiss is GRANTED in accordance with the record in open Court. Written order to follow.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 23rd day of August, 2002

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

