# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 2 7 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) MISC. NO. MC-02-242 |
| ADAM K. PULASKI, | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

This action is dismissed with prejudice as the respondent has fully complied with the Internal Revenue Service's summons issued on November 1, 2001.

SIGNED at Houston, Texas, on this the ___23d___ day of ___August___, 2002.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

